**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| OMNI MEDSCI, INC., *Plaintiff*, v. OURA HEALTH OY, *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-CV-00289-JRG-RSP (Lead Case) |

**ORDER**

Before the Court is the Parties' Joint Notice Regarding Supplemental Deposition of Michael Chapp (Dkt. No. 150), filed under the Court's direction at the September 29, 2026 pretrial conference and its Order on the motions in limine (Dkt. No. 145). Having considered the Joint Notice, the Court **GRANTS** leave under Fed. R. Civ. P. 31(a)(2)(A)(ii) for Defendants to take the supplemental deposition of Mr. Chapp permitted by Dkt. No. 145, subject to the following terms:

1. **Witness and Format.** Oura will make Mr. Chapp available to answer written questions under Fed. R. Civ. P. 31.

2. **Scope.** The deposition is limited to the Oura-RingConn, Oura-Circular, and Oura-Omate license agreements and the KPMG report (the "Documents"), including their existence, authenticity, execution, terms, and negotiation. It will not extend to other topics, including Oura's products, technology, sales, or financials, or other issues in Case No. 2:26-cv-00289.

3. **Staged Sequence.** Fossil and OnePlus will serve their direct questions, and Mr. Chapp will answer them. Omni will then serve cross-questions limited to the scope of the direct questions and answers. Redirect and recross questions will follow the same pattern, each limited to the scope of the prior round and its answers. Each round remains in written form.

4. **Number of Questions.** Fossil and OnePlus may, collectively, serve up to 60 direct questions. Omni may serve up to 30 cross-questions. Redirect and recross questions are limited to 10 and 5, respectively. Oura may serve its own questions; if it does,

Omni may serve up to 5 additional questions limited to the scope of Oura's questions and Mr. Chapp's answers to them.

5. **Objections.** Any party may serve written objections to a question, including as to form and scope, before the time for the next round. A question subject to an unresolved objection will not be put to the witness until the objection is resolved by agreement or by the Court.

6. **Schedule.** Fossil and OnePlus will serve the notice and direct questions within 14 days after entry of an order on this Notice. Any objections to the direct questions will be served within 7 days after service, and the Parties will seek to resolve them by agreement or, failing that, submit them to the Court promptly. Except as provided in paragraph 7 below, Mr. Chapp will serve his answers to the direct questions within 21 days after the later of (a) the Court's entry of an order setting the sequence of trial among Case Nos. 2:26-cv-00289, 2:26-cv-00470, and 2:26-cv-00472 (the "Trial Sequence Order") or (b) resolution of any objections to the direct questions. Answers to each later round will be served within 21 days after service of that round, or within 7 days after resolution of any objections to it, whichever is later. Cross-questions are due within 14 days after service of the answers to the direct questions. Redirect questions are due within 7 days after service of the answers to the cross-questions. Recross questions are due within 7 days after service of the answers to the redirect questions.

7. **Timing and Use of Answers.** (a) *If Case No. 2:26-cv-00289 is tried first.* If the Trial Sequence Order sets Case No. 2:26-cv-00289 for trial before both member cases, Mr. Chapp will serve his answers to the direct questions within 21 days after the jury returns its verdict in Case No. 2:26-cv-00289. The remaining deadlines in paragraph 6 will run from that service. If the full sequence cannot be completed at least 30 days before the first member-case trial, the Parties will meet and confer to shorten the remaining deadlines and will submit any unresolved dispute to the Court. (b) *If a member case is tried first.* If the Trial Sequence Order sets either member case for trial before Case No. 2:26-cv-00289, paragraph 6 applies without deferral, and the Parties will promptly meet and confer regarding any unresolved dispute and submit them to the Court.

8. **Reservation of Rights.** The Parties reserve their respective positions regarding any use of the testimony, transcript, and exhibits in Case No. 2:26-cv-00289. Nothing in these terms is a waiver of any objection by any Party to such use.

9. **Confidentiality.** The questions, answers, transcript, and exhibits will be designated RESTRICTED – ATTORNEYS' EYES ONLY under the governing Protective Order.

The deposition does not reopen fact discovery against any party.

**SIGNED this 17th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE